Martinez et al. v. Key Insurance Company
2:22-cv-01737

PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
THORNDAL ARMSTRONG, PC
1100 East Bridger Avenue
Las Vegas, NV 89101-5315
Tel.: (702) 366-0622
Fax: (702) 366-0327
png@thorndal.com

*Attorney for Defendant*
KEY INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIO MARTINEZ, individually, MONIQUE MARTINEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>KEY INSURANCE COMPANY, an insurance company, DOES I through X, ROW CORPORATIONS I through X,<br><br>Defendants. | CASE NO: 2:22-CV-01737<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES hereto, by and through their counsel of record, that the above-entitled action be dismissed with prejudice as to all parties, each party to bear their own attorney's fees, costs, and expenses. The trial of this matter has not been scheduled.

Dated: 4.24.2023

THORNDAL ARMSTRONG, PC

_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 East Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendant*

Dated: 4.25.2023

HICKS & BRASIER, PLLC

_____
MARYAM VASEK, ESQ.
Nevada Bar No. 14606
2630 S Jones Blvd.
Las Vegas, Nevada 89146
*Attorney for Plaintiffs*

## ORDER

IT IS HEREBY ORDERED that the above-entitled action is dismissed with prejudice as to all parties, each party to bear their own attorney's fees, costs and expenses.

IT IS FURTHER ORDERED that all trial dates and all related hearings are hereby vacated.

DATED: May 26, 2023.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

THORNDAL ARMSTRONG, PC

_____
PHILIP GOODHART, ESQ.
Nevada Bar No. 5332
1100 East Bridger Avenue
Las Vegas, Nevada 89101
*Attorneys for Defendant*